FILED

06/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0016

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| MOORE FAMILY COMPANY and MOORE REVOCABLE LIVING TRUST DATED NOVEMBER 14, 2019, <br><br>     Plaintiff and Appellants, <br><br> v. <br><br> TIMOTHY C. KELLY and MARTHA EVERT KELLY as TRUSTEE of the TIMOTHY C. KELLY AND MARTHA EVERT KELLY REVOCABLE TRUST, U/A/D/ DECEMBER 8, 2008, <br><br>     Defendants, Appellees and Cross-Appellants. | Supreme Court No. DA 24-0016 <br><br><br><br> **ORDER TO HOLD APPEAL IN ABEYANCE** |
| TIMOTHY C. KELLY and MARTHA EVERT KELLY as TRUSTEE of the TIMOTHY C. KELLY AND MARTHA EVERT KELLY REVOCABLE TRUST, U/A/D/ DECEMBER 8, 2008, <br><br>     Counter Claimants, <br><br> v. <br><br> MOORE FAMILY COMPANY and ROBERT B. MOORE and ELIZABETH J. MOORE as TRUSTEES of the MOORE REVOCABLE LIVING TRUST DATED NOVEMBER 14, 2019, <br><br>     Counter-Defendants. | |

Upon review of the Appellants Third Unopposed Motion to Hold Appeal in Abeyance and for good cause appearing,

1

IT IS HEREBY ORDERED the Court will hold the appeal in abeyance for an additional 30 days, until July 31, 2024. On or before July 31, 2024, counsel will file dismissal paperwork or stipulate a new briefing schedule.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 27 2024